AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

_MHP_

─ OFFENSE CHARGED ─

8 U.S.C. § 1326 - Illegal Reentry
After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:

20 years imprisonment; $250,000 fine; 3 years supervised
release; $100 special assessment.

─ DEFENDANT - U.S. ─

LAZARO PACHECO-ORTIZ, a/k/a Lazaro Pacheco

DISTRICT COURT NUMBER

**CR 08          0464**

─ PROCEEDING ─
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

**SHOW
DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

**MAGISTRATE
CASE NO.**

Name and Office of Person
Furnishing Information on
THIS FORM        Joseph P. Russoniello

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Erika R. Frick

─ DEFENDANT ─

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer
been filed?    ☐ Yes    If "Yes"
☐ No    } give date
filed

**DATE OF
ARREST**    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

FILED

08 JUL 15 PH 3: 11

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

*MHP*

UNITED STATES OF AMERICA,

V.

CR 08     **0464**

LAZARO PACHECO-ORTIZ,
a/k/a/ Lazaro Pacheco

DEFENDANT(S).

# INDICTMENT

VIOLATION:
Title 8, United States Code, Section 1326 - Alien Found in the United
States After Deportation

A true bill.

_Angela assemendial_
Foreman

Filed in open court this _15_ day of _July_

_____

_A. Statt_    Clerk

Bail, $ _No bail Warrant_

1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney
2

3                                                                    FILED
                                                          08 JUL 15 PM 3: 11
4
                                                          RICHARD W. WIEKING
5                                                         CLERK, U.S. DISTRICT COURT
                                                          NO. DISTRICT OF CALIFORNIA
6

7

8                    UNITED STATES DISTRICT COURT                         MHP

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11                         CR 08          0464

12   UNITED STATES OF AMERICA,          )    No.
                                        )
13         Plaintiff,                   )    VIOLATION:  Title 8, United States Code,
                                        )    Section 1326 – Alien Found in the United
14   v.                                 )    States After Deportation
                                        )
15                                      )
     LAZARO PACHECO-ORTIZ,              )
16   a/k/a Lazaro Pacheco,              )    SAN FRANCISCO VENUE
                                        )
17         Defendant.                   )
                                        )
18   _____)

19                           I N D I C T M E N T

20   The Grand Jury charges:

21         On or about November 2, 2006 and July 26, 2007, the defendant,

22                       LAZARO PACHECO-ORTIZ,
                            a/k/a Lazaro Pacheco,
23

24   an alien, was excluded, deported and removed from the United States, and thereafter, on or about

25   March 28, 2008, was found in the Northern District of California, the Attorney General of the

26   United States and the Secretary for Homeland Security not having expressly consented to a re-

27   //

28   //

     INDICTMENT

1  //

2  application by the defendant for admission into the United States, in violation of Title 8, United

3  States Code, Section 1326.

4

5  DATED:                                    A TRUE BILL.

6      7/15/08

7                                            _____

8                                            FOREPERSON

9  JOSEPH P. RUSSONIELLO
   United States Attorney

10

11

12  KYLE F. WALDINGER
    Deputy Chief, Major Crimes Section

13

14  (Approved as to form _____ )
                        AUSA Frick

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT